IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| VOCALIFE LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Case No. 2:21-cv-00124-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Vocalife LLC ("Plaintiff") and Defendant Google LLC ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  November 17, 2022

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com

**FABRICANT LLP**
411 Theodore Fremd Ave., Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*ATTORNEYS FOR PLAINTIFF VOCALIFE LLC*

/s/ *Zachary M. Briers (with permission)*
Michael E. Jones
Texas Bar No. 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 993-0846
mikejones@potterminton.com

OF COUNSEL:
Zachary M. Briers (*pro hac vice*)
Email: zachary.briers@mto.com
Heather E. Takahashi (*pro hac vice*)
Email: heather.takahashi@mto.com
Ashley Aull (*pro hac vice*)
Email: ashley.aull@mto.com
Mica L. Moore (*pro hac vice*)
Email: mica.moore@mto.com
Abraham R. Oved (*pro hac vice*)
Email: avi.oved@mto.com

**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*ATTORNEYS FOR DEFENDANT
GOOGLE LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 17, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fbricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant